```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :

In re Motion by the United States Securities and  :
Exchange Commission for Nondisclosure         :
Orders.                                                   :
                                                             :
-------------------------------------------------------------- X      1:17-mc-404-GHW

### ORDER

GREGORY H. WOODS, United States District Judge:

       The Court orders that this matter be unsealed. The Clerk of Court is directed to file all orders of the Court on the docket of this case. By separate order, the Court has directed the Securities and Exchange Commission to file all of its submissions to the Court on the docket of the case no later than January 26, 2021.

       SO ORDERED.

Dated: January 25, 2021

                                                                              GREGORY H. WOODS
                                                                       United States District Judge