```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
In re Motion by the United States Securities and :
Exchange Commission for Nondisclosure :
Orders. :
:
---------------------------------------------------------------- X    1:17-mc-404-GHW

<u>ORDER UNDER SEAL</u>

GREGORY H. WOODS, United States District Judge:

    On October 19, 2017, the Court issued orders preventing various entities from giving notice to their subscribers, customers, or any other people of one or more administrative subpoenas to be issued to those entitesby the United States Securities and Exchange Commission (the 'Commission") pursuant to 18 U.S.C. § 2705(b). Those orders and the motion which precipitated them are sealed.

    In those orders, the Court directed the Commission to provide an update to the Court concerning the status of the investigation and the continued justification, if any, of the Court's orders within every 180 days from the issuance of those orders. On April 17, 2018 the Court received an update letter from the Commission. The second update letter was due on October 14, 2018. No such letter has been received.

    The Commission is ordered to provide the Court with the required update letter forthwith.

    SO ORDERED.

Dated: October 16, 2018
      New York, New York

                                                            _____
                                                            GREGORY H. WOODS
                                                         United States District Judge