```
                                                        USDC SDNY
                                                        DOCUMENT
UNITED STATES DISTRICT COURT                            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                           DOC #: _____
---------------------------------------------------- X  DATE FILED: 8/16/2021
                                                    :
In re Motion by the United States Securities and    :
Exchange Commission for Nondisclosure               :
Orders.                                             :
                                                    :
---------------------------------------------------- X        1:17-mc-404-GHW
```

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

According to the Securities and Exchange Commission's January 5, 2021 letter to the Court,

the Securities and Exchange Commission does not seek further extension of the Court's January 12,

2020 orders.  Dkt. No. 18.  Accordingly, the Clerk of Court is instructed to close this case.

SO ORDERED.

Dated: August 16, 2021

_____
GREGORY N. WOODS
United States District Judge